# EXHIBIT 8

**EXHIBIT C**

CIV-130

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Nathan J. Novak, SBN 240473 / Amy E. Rankin, SBN 322807<br>COLE PEDROZA LLP<br>2295 Huntington Drive<br>San Marino, CA 91108<br><br>TELEPHONE NO.: (626) 431-2787    FAX NO. *(Optional):* (626) 431-2788<br>E-MAIL ADDRESS *(Optional):* nnovak@colepedroza.com<br>ATTORNEY FOR *(Name):* Defendants Acclivity West, LLC and Jesus Millares | **Electronically FILED by<br>Superior Court of California,<br>County of Los Angeles<br>9/06/2023 1:38 PM<br>David W. Slayton,<br>Executive Officer/Clerk of Court,<br>By S. Bolden, Deputy Clerk** |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** LOS ANGELES

STREET ADDRESS: 111 N. Hill St.

MAILING ADDRESS:

CITY AND ZIP CODE: Los Angeles, CA 90012

BRANCH NAME: Stanley Mosk Courthouse

PLAINTIFF/PETITIONER: Baruska Sedlar-Sholty, et al.

DEFENDANT/RESPONDENT: Acclivity West, LLC, et al.

| NOTICE OF ENTRY OF JUDGMENT<br>OR ORDER<br><br>*(Check one):*  [ x ] **UNLIMITED CASE**    [ ] **LIMITED CASE**<br>(Amount demanded    (Amount demanded was<br>exceeded $25,000)    $25,000 or less) | CASE NUMBER:<br>21STCV28725 |
|---|---|

**TO ALL PARTIES :**

1.  A judgment, decree, or order was entered in this action on *(date)*: September 5, 2023

2.  A copy of the judgment, decree, or order is attached to this notice.

Date: September 6, 2023

Nathan J. Novak

(TYPE OR PRINT NAME OF  [ X ]  ATTORNEY   [ ]  PARTY WITHOUT ATTORNEY)

▶ _____ (SIGNATURE)

Page 1 of 2

| Form Approved for Optional Use<br>Judicial Council of California<br>CIV-130 [New January 1, 2010] | **NOTICE OF ENTRY OF JUDGMENT OR ORDER** | *www.courts.ca.gov* |
|---|---|---|

CIV-130

| | |
|---|---|
| PLAINTIFF/PETITIONER: Baruska Sedlar-Sholty, et al.<br><br>DEFENDANT/RESPONDENT: Acclivity West, LLC, et al. | CASE NUMBER:<br>21STCV28725 |

## PROOF OF SERVICE BY FIRST-CLASS MAIL
### NOTICE OF ENTRY OF JUDGMENT OR ORDER

*(NOTE: You cannot serve the **Notice of Entry of Judgment or Order** if you are a party in the action. The person who served the notice must complete this proof of service.)*

1. I am at least 18 years old and **not a party to this action.** I am a resident of or employed in the county where the mailing took place, and my residence or business address is *(specify):*

2. I served a copy of the *Notice of Entry of Judgment or Order* by enclosing it in a sealed envelope with postage fully prepaid and *(check one):*

   a. ☐ deposited the sealed envelope with the United States Postal Service.

   b. ☐ placed the sealed envelope for collection and processing for mailing, following this business's usual practices, with which I am readily familiar. On the same day correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service.

3. The *Notice of Entry of Judgment or Order* was mailed:

   a. on *(date):*

   b. from *(city and state):*

4. The envelope was addressed and mailed as follows:

   a. Name of person served:

      Street address:
      City:
      State and zip code:

   b. Name of person served:

      Street address:
      City:
      State and zip code:

   c. Name of person served:

      Street address:
      City:
      State and zip code:

   d. Name of person served:

      Street address:
      City:
      State and zip code:

   ☐ Names and addresses of additional persons served are attached. *(You may use form POS-030(P).)*

5. Number of pages attached _____.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: _____

_____
(TYPE OR PRINT NAME OF DECLARANT)

▶

_____
(SIGNATURE OF DECLARANT)

Page 2 of 2

CIV-130 [New January 1, 2010]   **NOTICE OF ENTRY OF JUDGMENT OR ORDER**

Nathan J. Novak (SBN 240473)
nnovak@colepedroza.com
Amy E. Rankin (SBN 322807)
arankin@colepedroza.com
COLE PEDROZA LLP
2295 Huntington Drive
San Marino, CA 91108
Tel: (626) 431-2787
Fax: (626) 431-2788

Attorneys for Defendants
ACCLIVITY WEST, LLC and JESUS MILLARES

FILED
Superior Court of California
County of Los Angeles

09/05/2023

David W. Slayton, Executive Officer / Clerk of Court

By: _____ C. Wilson _____ Deputy

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**

**FOR THE COUNTY OF LOS ANGELES**

| | |
|---|---|
| BARUSKA SEDLAR-SHOLTY, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ACCLIVITY WEST, LLC; JESUS "JESSE" MILLARES; SHELLEY HILL; JERRY JIMENEZ; and DOES 1 to 20, inclusive.<br><br>Defendants. | Case No. 21STCV28725<br>Dept. 30<br>[Hon. Barbara A. Scheper]<br><br>SUMMARY<br>[PROPOSED] JUDGMENT IN FAVOR OF DEFENDANTS ACCLIVITY WEST, LLC AND JESUS MILLARES<br><br>Complaint filed: August 4, 2021<br>FAC filed: August 30, 2021<br>Trial date: December 4, 2023 |

1

[PROPOSED] JUDGMENT IN FAVOR OF DEFENDANTS ACCLIVITY WEST, LLC AND JESUS MILLARES

Electronically Received 04/05/2023 09:32 AM

09/05/2023

On ~~June 20, 2023~~, the Court in Department 30 heard Defendants Acclivity West, LLC and Jesus "Jesse" Millares's Motion for Summary Judgment/Summary Adjudication (the "Motion"). The Court having considered the moving, opposition, and reply papers, as well as all evidence submitted in support and opposition thereto, as well as argument of counsel, issued its final ruling on the Motion.

The Motion was granted as to defendants Acclivity West, LLC and Jesus "Jesse" Millares as to the First, Second, and Third Causes of Action as well as on the claim for Punitive Damages.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiffs John Bernat and Roberta Bernat, as Trustees of the Bernat Revocable Trust 1993; Bonnie Quick; C3M Legacy, LLC; Carl M. Nagata; Cathy Rabb; Seung Mi Choi; Chris Choi; Dale K. Filipas; Danny Kim; David Rabb; Erlinda Dumas; Glerita Paras; Margaret Grantham; John Huh, Admin & Trustee of Hot Cutie Inc. Pension Plan; Jae Hyun Park, Trustee of the 21C System Pension Plan Trust; JIRI Strejcek; Marie Strejcek; John Dexheimer; Connie Dexheimer; Jonathan S. Drogin; Judy Owyang; Kenneth Owyang; Donna Owyang; Leland Toy and Sandy Toy; Mabs Rahman; Mary F. Wilson; Michael Mendoza; Phillip Bach and Joyce Bach; Prudencio Ranchez and Ruth Ranchez; Ramona Chang; Richard Gin Louie; Richard J. Filipas; Richard Kekule; Robert G. Hauser; Rory Wagner; Selfa Ferolino; Series Halicop Ins. Company; Series La Mer Insurance Company; Seung Hoon Yoo; Sigourney Ng; Stuart Tamaru; Suzanne Woo Tamaru; Susan Kresley; Taeil Kim; Temukisa R. Cestra; Theodore C. Yoon; William Hempstead; Wilson Mah; Won Chang Choi Trustee of the Woori USA; Woo Hyuk Choi Trustee of the Betbe, Inc.; Sung Ok Lee Trustee of Woori Pharmacy Inc.; and Youngsik Park take nothing by this action against Defendants Acclivity West, LLC and Jesus "Jesse" Millares; and, that judgment is hereby entered in favor of Defendants Acclivity West, LLC and Jesus "Jesse" Millares, and against Plaintiffs John Bernat and Roberta Bernat, as Trustees of the Bernat Revocable Trust 1993; Bonnie Quick; C3M Legacy, LLC; Carl M. Nagata; Cathy Rabb; Seung Mi Choi; Chris Choi; Dale K. Filipas; Danny Kim; David Rabb; Erlinda Dumas; Glerita Paras; Margaret Grantham; John Huh, Admin & Trustee of Hot Cutie Inc. Pension Plan; Jae Hyun Park, Trustee of the 21C System Pension Plan Trust; JIRI Strejcek; Marie Strejcek; John Dexheimer; Connie Dexheimer; Jonathan S. Drogin; Judy Owyang; Kenneth Owyang; Donna Owyang; Leland Toy and Sandy

2

Toy; Mabs Rahman; Mary F. Wilson; Michael Mendoza; Phillip Bach and Joyce Bach; Prudencio Ranchez and Ruth Ranchez; Ramona Chang; Richard Gin Louie; Richard J. Filipas; Richard Kekule; Robert G. Hauser; Rory Wagner; Selfa Ferolino; Series Halicop Ins. Company; Series La Mer Insurance Company; Seung Hoon Yoo; Sigourney Ng; Stuart Tamaru; Suzanne Woo Tamaru; Susan Kresley; Taeil Kim; Temukisa R. Cestra; Theodore C. Yoon; William Hempstead; Wilson Mah; Won Chang Choi Trustee of the Woori USA; Woo Hyuk Choi Trustee of the Betbe, Inc.; Sung Ok Lee Trustee of Woori Pharmacy Inc.; and Youngsik Park in accordance with the Court's Ruling.

DATED:   09/05/2023

JUDGE OF THE SUPERIOR COURT
Barbara M. Scheper / Judge

Proposed Judgment submitted by:

Nathan J. Novak, SBN 240473
nnovak@colepedroza.com
Amy E. Rankin, SBN 322807
arankin@colepedroza.com
COLE PEDROZA LLP
2295 Huntington Drive
San Marino, CA 91108
Tel: (626) 431-2787
Fax: (626) 431-2788

Attorneys for Defendants,
ACCLIVITY WEST, LLC and JESUS MILLARES

3

[PROPOSED] JUDGMENT IN FAVOR OF DEFENDANTS ACCLIVITY WEST, LLC AND JESUS MILLARES



# Journal Technologies Court Portal

# Court Reservation Receipt

## Reservation

| | |
|---|---|
| **Reservation ID:** 281948139032 | **Status:** RESERVED |
| **Reservation Type:** Motion for Summary Judgment | **Number of Motions:** 1 |
| **Case Number:** 21STCV28725 | **Case Title:** BARUSHKA SEDLAR-SHOLTY, et al. vs ACCLIVITY WEST, LLC, et al. |
| **Filing Party:** Acclivity West, LLC (as Defendant) | **Location:** Stanley Mosk Courthouse - Department 30 |
| **Date/Time:** June 20th 2023, 8:30AM | **Confirmation Code:** CR-UEPKEZHV9MT4GWUAY |

## Fees

| Description | Fee | Qty | Amount |
|---|---|---|---|
| Reschedule Fee | 20.00 | 1 | 20.00 |
| Credit Card Percentage Fee (2.75%) | 0.55 | 1 | 0.55 |
| TOTAL | | | $20.55 |

## Payment

| | |
|---|---|
| **Amount:** $20.55 | **Type:** Visa |
| **Account Number:** XXXX1853 | **Authorization:** 077575 |
| **Payment Date:** 2023-03-23 | |

 **‹ Back to Main**      **Print Page**

Copyright © Journal Technologies, USA. All rights reserved.

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
## Civil Division
### Central District, Stanley Mosk Courthouse, Department 30

**21STCV28725**                                      September 5, 2023
**BARUSHKA SEDLAR-SHOLTY, et al. vs ACCLIVITY WEST,**                8:30 AM
**LLC, et al.**

---

Judge: Honorable Barbara M. Scheper          CSR: None
Judicial Assistant: C. Wilson                 ERM: None
Courtroom Assistant: B. Byers                 Deputy Sheriff: None

---

APPEARANCES:

For Plaintiff(s): No Appearances

For Defendant(s): Nathan J. Novak via LACourtConnect

---

**NATURE OF PROCEEDINGS:** Hearing on Motion for Summary Judgment;
Order to Show Cause Re: Receipt of Revised Proposed Order Re Motion for Terminating
Sanctions;

Matter is called for hearing.

There are no appearances by or for any of the Plaintiffs.

Order Re Motion for Terminating Sanctions or Alternate Relief was signed and filed on
08/22/2023.

The Court gives a spoken tentative ruling.

The Motion for Summary Judgment filed by Acclivity West, LLC, Jesus "Jesse" Millares on
04/05/2023 is Granted.

Summary Judgment is signed and filed, as modified, and incorporated herein by reference.

The request for terminating sanctions is moot in light of the above.

Defendants counsel to give notice, including Notice of Entry of Summary Judgment.

---

Minute Order                                          Page 1 of 1

**PROOF OF SERVICE**

I am employed by Cole Pedroza LLP, in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action.  My business address is 2295 Huntington Drive, San Marino, California 91108.

On the date stated below, I served in the manner indicated below, the foregoing document described as: **NOTICE OF ENTRY OF JUDGMENT OR ODER** on the parties indicated below by placing a true copy thereof, enclosed in a sealed envelope addressed as follows:

SEE ATTACHED LIST

BY UNITED STATES POSTAL SERVICE – I am readily familiar with the Cole Pedroza LLP's practice for collecting and processing of correspondence for mailing with the United States Postal Service.  In that practice correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business, with the postage thereon fully prepaid, in San Marino, California.  The envelope was sealed and placed for collection and mailing on this date following ordinary business practice.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed this 6th day of September, 2023.

*Leigh Anne Savely*
Leigh Anne Savely

**PROOF OF SERVICE**

## SERVICE LIST

| | |
|---|---|
| Dale Filipas<br>610 Rheem Blvd.<br>Moraga, CA 94556 | *Plaintiff, In Pro Per* |
| Erlinda Dumas<br>5617 Scharf Ave.<br>Fontana, CA 92336 | *Plaintiff, In Pro Per* |
| Jay Hyn Park<br>125 Eastlake Landing<br>Newnan, GA 30265 | *Plaintiff, In Pro Per* |
| Jiri Strejceck<br>P.O. Box 5613<br>San Mateo, CA 94402 | *Plaintiff, In Pro Per* |
| John Dexheimer, as Co-Trustee of the John<br>C. Connie M. Dexheimer Trust<br>4188 Morganfield Ct.<br>Pleasanton, CA 94566 | *Plaintiff, In Pro Per* |
| Connie Dexheimer, as Co-Trustee of the<br>John C. Connie M. Dexheimer Trust<br>4188 Morganfield Ct.<br>Pleasanton, CA 94566 | *Plaintiff, In Pro Per* |
| John Huh, as Trustee<br>3848 S. Hill St.<br>Los Angeles, CA 90038 | *Plaintiff, In Pro Per* |
| Jonathan Drogin<br>183 Diablo Dr.<br>Oakland, CA 94611 | *Plaintiff, In Pro Per* |
| Judy Owyang<br>2491 Paddock Drive<br>San Ramon, CA 94583 | *Plaintiff, In Pro Per* |
| Kenneth Owyang, as Trustee of Owyang<br>Trust DTD 3/23/93<br>1092 Edgewater Blvd.<br>Foster City, CA 94404 | *Plaintiff, In Pro Per* |
| Donna Owyang, as Trustee of Owyang<br>Trust DTD 3/23/93<br>1092 Edgewater Blvd.<br>Foster City, CA 94404 | *Plaintiff, In Pro Per* |

**PROOF OF SERVICE**

Kenneth Owyang                                *Plaintiff, In Pro Per*
1092 Edgewater Blvd.
Foster City, CA 94404


Mabs Rahman                                   *Plaintiff, In Pro Per*
348 Call of the Wild Way
Livermore, CA 94550


Marie Strejcek                                *Plaintiff, In Pro Per*
P.O. Box 5613
San Mateo, CA 94402


Mary Wilson                                   *Plaintiff, In Pro Per*
110 Bryce Court
Aptos, CA 95003


Philip Bach, as Trustee of the Phillip Bach   *Plaintiff, In Pro Per*
& Joyce Bach Revocable Trust 3/14/1992
2512 Pine St.
Martinez, CA 94553


Joyce Bach, as Trustee of the Phillip Bach    *Plaintiff, In Pro Per*
& Joyce Bach Revocable Trust 3/14/1992
2512 Pine St.
Martinez, CA 94553


Michael Mendoza                               *Plaintiff, In Pro Per*
900 S Meadows Parkway, Apt. 5524
Reno, NV 89521


Ramona Chang                                  *Plaintiff, In Pro Per*
4151 Midvale Ave.
Oakland, CA 94602


Richard Gin Louie                             *Plaintiff, In Pro Per*
2187 Watermill Road
San Ramon, CA 94582


Richard Filipas                               *Plaintiff, In Pro Per*
610 Rheem Boulevard
Moraga, CA 94556


Richard Kekule                                *Plaintiff, In Pro Per*
2689 Sheldon Dr.
El Sobrante, CA 948003


Robert G. Hauser                              *Plaintiff, In Pro Per*
1160 Schooner St.
Foster City, CA 94404


**PROOF OF SERVICE**

Selfa Ferolino, as Trustee of the Ferolino Revocable Living Trust
681 Ridge Drive
Glendale, CA 91206

*Plaintiff, In Pro Per*

Sung Ok Lee, as Trustee
245 South Rossmore Ave
Los Angeles, CA 90004

*Plaintiff, In Pro Per*

Temukisa R. Cestra
1107 Via Mar Pl.
Brentwood, CA 94513

*Plaintiff, In Pro Per*

Wilson Mah
2252 17th Ave.
San Francisco, CA 94116

*Plaintiff, In Pro Per*

William Hempstead
12954 Camino Ramillette
San Diego, CA 92128

*Plaintiff, In Pro Per*

Won Chang Choi
1401 Air Wing Rd, Suite 1
San Diego, CA 92154

*Plaintiff, In Pro Per*

Chris Choi
5250 White Emerald Drive
San Diego, CA 92130-1430

*Plaintiff, In Pro Per*

Carl Nagata
210 Noble Metal Court
Reno, NV 89521

*Plaintiff, In Pro Per*

Bonnie Quick
2901 Ladd Road
Modesto, CA 95356

*Plaintiff, In Pro Per*

John Bernat, as Trustee of the Bernat Revocable Trust 1993
111 Spinnaker St.
Foster City, CA 94404

*Plaintiff, In Pro Per*

Roberta Bernat, as Trustee of the Bernat Revocable Trust 1993
111 Spinnaker St.
Foster City, CA 94404

*Plaintiff, In Pro Per*

**PROOF OF SERVICE**

Margaret Grantham                                 *Plaintiff, In Pro Per*
5276 Concord Blvd.
Concord, CA 94521

Sigourney Ng                                      *Plaintiff, In Pro Per*
221 Creedon Circle
Alameda, CA 94502

Susan Kresley                                     *Plaintiff, In Pro Per*
2993 Skyline Dr.
Kelseyville, CA 95451

Ruth Ranchez                                      *Plaintiff, In Pro Per*
6615 Cleon Ave.
North Hollywood, CA 91606

Series La Mer Insurance Co.                        *Plaintiff, In Pro Per*
16794 Deer Ridge Rd.
San Diego, CA 92127

C3M Legacy, LLC                                   *Plaintiff, In Pro Per*
1376 Redsail Circle
Westlake, CA 91361

Series Halicop Insurance Co.                      *Plaintiff, In Pro Per*
7880 Airway Rd., Suite B6E
San Diego, CA 92154

Yongsik Park                                      *Plaintiff, In Pro Per*
12680 Carmel County Rd #12
San Diego, CA 92310

Sandy Toy, as Trustee of Leland & Sandy           *Plaintiff, In Pro Per*
Toy Joint Living Trust
8235 Moller Ranch Dr.
Pleasanton, CA 94588

Leland Toy, as Trustee of Leland & Sandy          *Plaintiff, In Pro Per*
Toy Joint Living Trust
8235 Moller Ranch Dr.
Pleasanton, CA 94588

Leland Toy                                        *Plaintiff, In Pro Per*
8235 Moller Ranch Dr.
Pleasanton, CA 94588

Glerita Paras                                     *Plaintiff, In Pro Per*
9854 Shoshone Ave
Northridge, CA 91325

**PROOF OF SERVICE**

Cathy Rabb                                          *Plaintiff, In Pro Per*
625 Imagine Drive
Lindale, TX 75771

Woo Hyuk Choi, as Trustee of the BeTBe,            *Plaintiff, In Pro Per*
Inc. Pension Plan Trust
5364 Aurora Summit trials
San Diego, CA 92130

Suzanne Woo Tamaru                                 *Plaintiff, In Pro Per*
17011 Court Lane
Huntington Beach, CA 92649

Stuart Tamaru                                      *Plaintiff, In Pro Per*
17011 Court Lane
Huntington Beach, CA 92649

Rory Wagner                                        *Plaintiff, In Pro Per*
412 Arenoso Lane #305
San Clemente, CA 92672

Taeil Kim                                          *Plaintiff, In Pro Per*
1600 Hillsborough St.
Chula Vista, CA 91913

Seung Hoon Yoo                                     *Plaintiff, In Pro Per*
6459 Lilac Mist Bend
San Diego, CA 92130

Theodore C. Yoon                                   *Plaintiff, In Pro Per*
2850 Horizon Hills Drive
West Covina, CA 91791

Seung Mi Choi                                      *Plaintiff, In Pro Per*
5250 White Emerald Dr
San Diego, CA 92130

David Rabb                                         *Plaintiff, In Pro Per*
625 Imagine Drive
Lindale, TX 75771

Danny Kim                                          *Plaintiff, In Pro Per*
4815 Briggs Avenue
La Crescenta, CA 91214

Prudencio Ranchez                                  *Plaintiff, In Pro Per*
6615 Cleon Avenue
North Hollywood, CA 91606

**PROOF OF SERVICE**